IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROCKVALE OUTLET CENTER, LP, | : | CIVIL ACTION |
| | : | |
| Plaintiff | : | NO. 09-00290 |
| v. | : | |
| WACHOVIA COMMERCIAL MORTGAGE SECURITIES, INC., et al., | : | FILED<br>JUL 28 2009<br>MICHAEL E. KUNZ, Clerk<br>By _____ Dep. Clerk |
| Defendants | : | |

**ORDER**

AND NOW, this 27th day of July, 2009, upon consideration of defendant's motion to dismiss (Document # 35) and plaintiff's response thereto (Document # 39), it is hereby **ORDERED** that the motion is **DENIED**.

BY THE COURT:

_____
LAWRENCE F. STENGEL, J.